UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2017 SEP 20 PM 1:18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:17CR 108** |
| | : | |
| | : | **INDICTMENT** DLOTT |
| | : | |
| v. | : | 18 U.S.C. § 875(c) |
| | : | 18 U.S.C. § 2261A(2)(B) |
| | : | |
| MICHAEL CHAN | : | NOTICE OF FORFEITURE |

- - - - - - - - - - - - - - - - - - - - -

**The Grand Jury charges that:**

### COUNT 1
### (Cyberstalking)

From about October 1, 2013, the exact date being unknown, until about August 2017, in the Southern District of Ohio, the Eastern District of New York, and elsewhere, Defendant, **MICHAEL CHAN**, with the intent to injure, harass, and cause substantial emotional distress to a person in another state, namely, Ohio, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused substantial emotional distress to the victim and placed her in reasonable fear of death or serious bodily injury.

**In violation of Title 18, United States Code, Section 2261A(2)(B).**

### COUNT 2
### (Interstate Communications with Intent to Extort)

From about October 1, 2013, the exact date being unknown, until about August 2017, in the Southern District of Ohio and elsewhere, the defendant, **MICHAEL CHAN**, knowingly and willfully did transmit in interstate and foreign commerce from the State of New York to the State of Ohio, a communication via the internet to KM, and the communication contained a threat to

kidnap and injure KM, specifically, the defendant threatened to attack and rape KM, among other acts.

In violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 2 of this Indictment, defendant **MICHAEL CHAN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
CHRISTY L. MUNCY
ASSISTANT UNITED STATES ATTORNEY